UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**WILLIAM RICKELS, ET AL.**                    **CIVIL ACTION**

**VERSUS**                                     **NO. 17-1149-JWD-EWD**

**SELECTIVE INSURANCE
COMPANY OF THE SOUTHEAST**

*APPLIES TO:*

| | |
|---|---|
| 17-cv-01196-JWD-EWD | *Ross-Reynolds v. Selective Insurance Company of the Southeast* |
| 17-cv-01772-JWD-EWD | *Bledsoe, et al. v. Selective Insurance Company of the Southeast* |
| 17-cv-01152-SDD-EWD | *Felps, et al. v. Selective Insurance Company of the Southeast* |

**DISCOVERY CONFERENCE REPORT AND ORDER**

A telephone conference was held before Magistrate Judge Erin Wilder-Doomes on October 3, 2018, with the following participants:

| | | |
|---|---|---|
| **PRESENT:** | **Joseph Sunseri** | **Brent Burns** |
| | Counsel for Plaintiffs | **Robin Cassedy** |
| | and Consolidated Plaintiffs | Counsel for Defendant, Selective Insurance Company of the Southeast |

The issues raised in the Motion for Discovery Conference (the "Motion"),[1] filed by defendant Selective Insurance Company of the Southeast ("Selective") were discussed.

Counsel for the plaintiffs requested an additional thirty (30) days to supplement the disclosures required under the Limited Scheduling Order.

**IT IS HEREBY ORDERED** that by no later than **November 5, 2018**, the plaintiffs in the above-listed cases shall provide any additional supplement to the disclosures required by the Limited Scheduling Order in these matters.

---

[1] R. Doc. 42.

CV28T0:30

**IT IS FURTHER ORDERED** that, in the above-listed cases, the time for Selective to provide a response to plaintiffs' settlement demands under Paragraph VIII of the Limited Scheduling Order is extended to **December 5, 2018.**

**IT IS FURTHER ORDERED** that information and responses to settlement demands required under this Order shall be provided on a rolling basis.

**Failure to comply with the requirements of this Order may result in sanctions.**

Signed in Baton Rouge, Louisiana, on October 5, 2018.

          **ERIN WILDER-DOOMES**
          **UNITED STATES MAGISTRATE JUDGE**